*In re* PARA DEROGAR EL ARTÍCULO 13.9 SOBRE PROCEDIMIENTO ES-
PECIAL DE RECLUTAMIENTO Y DESIGNACIÓN PARA LOS PUESTOS
EN LAS CLASES SECRETARIAS AUXILIARES DEL TRIBUNAL I Y AL-
GUACILES AUXILIARES DE SELECCIÓN DEL REGLAMENTO DE LA
ADMINISTRACIÓN DEL SISTEMA DE PERSONAL DE LA RAMA
JUDICIAL.

*Número:* ER-2004-9          *Resuelto:* 30 de junio de 2004

## RESOLUCIÓN

En el periodo comprendido desde el año fiscal 1998-1999
hasta el año fiscal 2000-2001, la Rama Judicial se vio pre-
cisada a congelar los puestos vacantes y los que quedaran
vacantes debido a la difícil situación presupuestaria que
enfrentaba. En julio de 2001, la Rama Judicial tenía
aproximadamente 112 puestos vacantes de la clase Algua-
cil Auxiliar y 113 de la clase Secretaria Auxiliar del Tribu-
nal I.

Con el propósito de agilizar el proceso de reclutamiento
de los candidatos para los 225 puestos antes indicados, se
instituyó un procedimiento especial de reclutamiento lo su-
ficientemente ágil y eficiente con el fin de atender con
prontitud las necesidades de recursos humanos en las
áreas esenciales de las secretarías y los alguacilazgos. Este
procedimiento especial eliminó el proceso de entrevistas de
los candidatos para acelerar el nombramiento de los candi-
datos elegibles.

La necesidad de reclutamiento en las áreas de las secre-
tarías y los alguacilazgos ha vuelto a la normalidad y no es
necesario recurrir a este procedimiento especial de
reclutamiento. Además, el proceso de entrevista es un re-
curso muy útil para que los supervisores seleccionen los
candidatos idóneos para los puestos.

Por las razones antes aludidas, se deroga el Art. 13.9 del
Reglamento de la Administración del Sistema de Personal

de la Rama Judicial, 4 L.P.R.A. Ap. XIII. Esta Resolución tendrá vigencia inmediata.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*